UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ROMINA MOZAFFARIAN,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTAGE CREDIT, INC.,<br><br>Defendant. | Case No. 8:21-cv-02854-GLS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT Plaintiff Romina Mozaffarian ("Plaintiff") and Defendant Advantage Credit, Inc. ("Advantage") have reached a settlement in principle in the above-captioned case. Plaintiff and Advantage are in the process of preparing a comprehensive settlement agreement and anticipate filing a stipulation of dismissal with prejudice as to Advantage within the next 45 days. Undersigned counsel is filing this Notice of Settlement with Plaintiff's approval and permission.

Dated: February 4, 2022

Respectfully submitted,

**FOLEY & LARDNER LLP**

 /s/ Jennifer M. Keas
Jennifer M. Keas (D. Md. Bar No. 17057)
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: 202.672.5300
Facsimile:  202.672.5399

Attorney for Defendant ADVANTAGE CREDIT, INC.

1

4889-1807-2076.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Kristi C. Kelly
J. Patrick McNichol
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703.424.7572
Facsimile: 703.591.0167
kkelly@kellyguzzo.com
pat@kellyguzzo.com

***Attorneys for Plaintiff Romina Mozaffarian***

                                       */s/ Jennifer M. Keas*
                                  Jennifer M. Keas (D. Md. Bar No. 17057)

4889-1807-2076.1