**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | | |
|---|---|---|
| ROMINA MOZAFFARIAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 8:21-cv-02854-GLS |
| | : | |
| ADVANTAGE CREDIT, INC., | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Romina Mozaffarian and Defendant Advantage Credit, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her or its own attorney's fees, costs, and expenses incurred.

AND THIS CAUSE IS ENDED.

DATED: May 24, 2022                    Respectfully submitted,

                                        */s/ Kristi C. Kelly*
                                        Kristi C. Kelly (MD Bar No. 07244)
                                        J. Patrick McNichol (MD Bar No. 19034)
                                        KELLY GUZZO, PLC
                                        3925 Chain Bridge, Suite 202
                                        Fairfax, VA  22030
                                        Telephone: (703) 424-7571
                                        Facsimile: (703) 591-0167
                                        E-mail: kkelly@kellyguzzo.com
                                        E-mail: pat@kellyguzzo.com
                                        *Counsel for Plaintiff*

1

 /s/ Jennifer M. Keas

(signed with permission by email dated May 24, 2022)
Jennifer M. Keas (MD Bar No. 17057)
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: 202.672.5300
Facsimile:  202.672.5399
E-mail: jkeas@foley.com
*Counsel for Advantage Credit, Inc.*